1  DAVID H. KRAMER, State Bar No. 168452
   JACOB VELTMAN, State Bar No. 247597
2  SARA E. ROWE, State Bar No. 295353
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dkramer@wsgr.com
6  Email: jveltman@wsgr.com
   Email: srowe@wsgr.com
7
   COLLEEN BAL, State Bar No. 167637
8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  One Market Plaza
   Spear Tower, Suite 3300
10 San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
11 Facsimile: (415) 947-2099
   Email: cbal@wsgr.com
12
   *Attorneys for Defendant Square, Inc.*
13

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17 ROBERT E. WHITE,                    )   Case No. 3:15-cv-04539-JST
                                       )
18             Plaintiff,              )
                                       )
19     v.                              )   **DEFENDANT SQUARE, INC.'S
                                       )   CERTIFICATION OF
20 SQUARE, Inc., a Delaware corporation,)  INTERESTED ENTITIES OR
                                       )   PERSONS PURSUANT TO CIVIL
21             Defendant.              )   L.R. 3-15 AND FED. R. CIV. P. 7.1**
                                       )
22                                     )
                                       )
23                                     )
                                       )
24                                     )

25

26

27

28

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than Square, Inc. ("Square") and its shareholders, Square has no such interest to report.  Additionally, pursuant to Federal Rule of Civil Procedure 7.1, there is no parent corporation or publicly held corporation owning ten percent (10%) or more of Square's stock.

DATED:  December 28, 2015            Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/* Colleen Bal
          Colleen Bal

*Attorneys for Defendant
Square, Inc.*

SQUARE'S CERTIFICATION OF INTERESTED           -1-
ENTITIES OR PERSONS
CASE NO. 3:15-CV-04539-JST