WILLIAM McGRANE [057761]
McGRANE PC
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
(415) 292-4807
william.mcgrane@mcgranepc.com

FRANK R. UBHAUS [046085]
BERLINER COHEN LLP
10 Almaden Boulevard, 11th Floor
San Jose, CA 95113
(408) 286-5800
frank.ubhaus@berliner.com

Attorneys for Plaintiff Robert White, an individual and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WHITE, an individual<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.  3:15-cv-04539-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  This stipulation is entered into as a professional courtesy because Mr. McGrane, Plaintiff's lead counsel, will be out of state and unavailable from January 12 through January 25, 2016.

The parties to this action stipulate that the time to respond to Plaintiff White's First Amended Complaint is hereby extended from January 19, 2016, to January 26, 2016, and that Defendant will not file its response until that date. It is expected that Defendant will be filing a motion to dismiss the First Amended Complaint. The schedule, if such a motion is filed, will be:

- Defendant's motion will be filed on Thursday, January 26, 2016. The motion will be set for the earliest reasonably available time after the reply brief due date below;
- Plaintiff's Opposition to Defendant's motion will be due on February 9, 2016, and
- Defendant's Reply to Plaintiff's Opposition will be due on February 18, 2016.

**SO STIPULATED:**

Dated: January 7, 2016

McGRANE PC
BERLINER COHEN LLP

By: /s/ *William McGrane*
       William McGrane

Attorneys for Plaintiff Robert White and all others similarly situated

Dated:  January 7, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Colleen Bal
       Colleen Bal

Attorneys for Defendant Square, Inc.

---

1
Stipulation and [Proposed] Order Extending Time to Respond to First Amended Complaint
White et al. v. Square, Inc., Case No.  3:15-cv-04539-JST

1   **SO ORDERED:**

2   Dated:  January 7, 2016

