UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. WHITE,

          Plaintiff,

     v.

SQUARE, INC.,

          Defendant.

Case No. 15-cv-04539-JST

**ORDER VACATING HEARING**

Re: ECF No. 32

Before the Court is Defendant's Motion to Dismiss.  ECF No. 32.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for March 17, 2016, is hereby vacated.

     IT IS SO ORDERED.

Dated: March 7, 2016

_____
JON S. TIGAR
United States District Judge