DAVID H. KRAMER, State Bar No. 168452
SARA E. ROWE, State Bar No. 295353
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: srowe@wsgr.com

COLLEEN BAL, State Bar No. 167637
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: cbal@wsgr.com

*Attorneys for Defendant Square, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WHITE., an individual,<br><br>                           Plaintiffs,<br>       v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>                           Defendants. | Case No.  3:15-cv-04539-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

WHEREAS, Plaintiff filed its Second Amended Complaint on April 29, 2016;

WHEREAS, Defendant Square, Inc.'s deadline to respond to the Second Amended Complaint is currently set for May 13, 2016, pursuant to Fed.R.Civ.P. 15(a)(3);

WHEREAS, Square seeks to extend its time to respond to Plaintiff's Second Amended Complaint for the reasons more fully explained in the Declaration of Sara E. Rowe submitted herewith, and in the interests of fairness will provide Plaintiff with a corresponding extension of its time to file an Opposition to any responsive motion Square may file;

THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1. The deadline for Square to respond to Plaintiff's Second Amended Complaint shall be extended to June 10, 2016.

2. The deadline for Plaintiff to oppose any responsive motion shall be extended to July 13, 2016.

3. The deadline for Defendant to file a Reply in support of any responsive motion shall be extended to July 27, 2016.

DATED: May 3, 2016            MCGRANE PC

                              By:   */s/ William McGrane*
                                        William McGrane

                              *Attorneys for Plaintiff*
                              ROBERT WHITE


DATED: May 4, 2016            WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              By:   */s/ Colleen Bal*
                                        Colleen Bal

                              *Attorneys for Defendant*
                              SQUARE, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: May 4, 2016

4  _____
   Honorable Jon S. Tigar
   United States District Judge



## CERTIFICATION

I, COLLEEN BAL, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: May 4, 2016                                       /s/ *Colleen Bal*
                                                        COLLEEN BAL