1  DAVID H. KRAMER, State Bar No. 168452
   SARA E. ROWE, State Bar No. 295353
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5  Email: dkramer@wsgr.com
   Email: srowe@wsgr.com
6
   COLLEEN BAL, State Bar No. 167637
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  One Market Plaza
   Spear Tower, Suite 3300
9  San Francisco, CA 94105-1126
   Telephone:  (415) 947-2000
10 Facsimile:   (415) 947-2099
   Email: cbal@wsgr.com
11
   *Attorneys for Defendant Square, Inc.*
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16  ROBERT WHITE., an individual,          )   Case No.  3:15-cv-04539-JST
              Plaintiffs,                  )
17  v.                                     )   **JOINT STIPULATION AND**
                                           )   **[PROPOSED] SCHEDULING**
18  SQUARE, INC., a Delaware corporation,  )   **ORDER**
                                           )
19            Defendants.                  )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22                                         )
                                           )
23  _____    )

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] SCHEDULING
ORDER
CASE NO. 3:15-CV-04539-JST

WHEREAS, the Court dismissed Plaintiff's First Amended Complaint with leave to amend on April 19, 2016 (Dkt. 38);

WHEREAS, Plaintiff filed its Second Amended Complaint on April 29, 2016 (Dkt. 39);

WHEREAS, Defendant Square, Inc. ("Square") moved to dismiss Plaintiff's Second Amended Complaint on June 10, 2016 (Dkt. 44);

WHEREAS, the hearing on Square's Motion to Dismiss the Second Amended Complaint is scheduled to be held on August 11, 2016;

WHEREAS, on January 13, 2016, the Court issued a Scheduling Order establishing deadlines and dates for discovery and trial;

WHEREAS, the parties agree that due to the unresolved state of the pleadings, the current schedule should be extended to allow further time for discovery;

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, as follows:

## STIPULATION

1.    The discovery and trial deadlines will be altered as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact discovery cut-off | August 1, 2016 | November 1, 2016 |
| Expert disclosures | August 19, 2016 | November 21, 2016 |
| Expert rebuttal | September 9, 2016 | December 19, 2016 |
| Expert discovery cut-off | September 23, 2016 | January 13, 2017 |
| Deadline to file dispositive motions | October 7, 2016 | February 2, 2017 |
| Pretrial conference statement due | December 13, 2016 | March 21, 2017 |
| Pretrial conference | January 6, 2017 at 2:00 p.m. | April 14, 2017 at 2:00 p.m. or such other time as set by the Court |
| Trial | January 30, 2017 at 8:30 am | May 8, 2017 8:30 a.m. or such other time as set by the Court |

JOINT STIPULATION AND [PROPOSED] SCHEDULING     -1-
ORDER
CASE NO. 3:15-CV-04539-JST

1    DATED:  June 16, 2016          MCGRANE PC

2

                                       By:___*/s/ William McGrane*_____

3                                               William McGrane

4                                       *Attorneys for Plaintiff*
                                      ROBERT WHITE

5

6    DATED:  June 16, 2016          WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

7

8                                        By:___*/s/ Colleen Bal*_____
                                          Colleen Bal

9

10                                     *Attorneys for Defendant*
                                      SQUARE, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] SCHEDULING    -2-
ORDER
CASE NO. 3:15-CV-04539-JST

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: ___June 16, 2016___     _____

4                                 Honorable Jon S. Tigar
                                  United States District Judge

5

6

7

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28