WILLIAM McGRANE [057761]
McGRANE PC
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 292-4807
Email: william.mcgrane@mcgranepc.com

FRANK R. UBHAUS [046085]
BERLINER COHEN LLP
10 Almaden Boulevard, 11th Floor
San Jose, CA 95113
Telephone: (408) 286-5800
Email: frank.ubhaus@berliner.com

Attorneys for Plaintiff Robert White, an individual, and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WHITE, an individual, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQUARE, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:15-cv-04539-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

1  Defendant Square, Inc.'s Motion to Dismiss the Second Amended Complaint (Dkt
2  44) was originally scheduled to be heard on August 11, 2016.  The Court recently
3  changed the date of the hearing to August 25, 2016, leaving the prior briefing schedule
4  unchanged.  (Dkt No. 47). Lead counsel, William McGrane, however, will be on vacation
5  on August 25, 2016, as is more fully explained in the accompanying Declaration of
6  William McGrane, etc.
7  Therefore the parties stipulate to amend the current schedule as follows:
8  1.  The hearing on Defendant Square, Inc.'s Motion to Dismiss the Second
9  Amended Complaint (Dkt 44) will be September 8, 2016;
10  2.  Plaintiff White's opposition to the motion to dismiss will remain due on
11  July 13, 2016;
12  3.  Defendant Square, Inc.'s reply brief will remain due July 27, 2016.

13  Dated: July 11, 2016

McGRANE PC
BERLINER COHEN LLP

By: /s/ *William McGrane*
        William McGrane
Attorneys for Plaintiff Robert White, an individual, and all others similarly situated

18  Dated: July 11, 2016

WILSON SONSINI GOODRICH & ROSATI

By: /s/ *Colleen Bal*
        Colleen Bal
Attorneys for Defendant Square, Inc.

1
Stipulation and [Proposed] Order Continuing Hearing on Defendant's Motion to Dismiss
*White et al. v. Square, Inc.*, Case No.  3:15-cv-04539-JST

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Date: July 11, 2016

3  Hon. Jon S. Tigar
   United States District Judge



28

2

Stipulation and [Proposed] Order Continuing Hearing on Defendant's Motion to Dismiss
*White et al. v. Square, Inc.*, Case No. 3:15-cv-04539-JST