1  WILLIAM McGRANE [057761]
   McGRANE PC
2  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
3  Telephone: (415) 292-4807
4  Email: william.mcgrane@mcgranepc.com

5  FRANK R. UBHAUS [046085]
6  BERLINER COHEN LLP
   10 Almaden Boulevard, 11th Floor
7  San Jose, CA 95113
   Telephone: (408) 286-5800
8  Email: frank.ubhaus@berliner.com

9  Attorneys for Plaintiff Robert White, an individual,
   and all others similarly situated
10

11                UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 | ROBERT WHITE, an individual, and all others similarly situated, | Case No.: 3:15-cv-04539-JST
16 |                                                                  | [proposed]
   |                      Plaintiffs,                                 | **JUDGMENT**
17 |                                                                  |
   | v.                                                               |
18 |                                                                  |
19 | SQUARE, INC., a Delaware corporation,                            |
20 |                      Defendant.                                  |

21
22
23
24
25
26
27
28

---
Judgment

*White et al. v. Square, Inc.*, Case No. 3:15-cv-04539-JST

It is adjudged that Plaintiff Robert White's action be dismissed with prejudice.

Dated:  September 26, 2016

_____
Hon. Jon S. Tigar
United States District Court
Northern District of California

Judgment

*White et al. v. Square, Inc.*, Case No.  3:15-cv-04539-JST