1  WILLIAM McGRANE [057761]
   McGRANE PC
2  Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Telephone: (415) 292-4807
4  Email: william.mcgrane@mcgranepc.com

5  Attorneys for Plaintiff Robert White, an individual,
   and all others similarly situated
6

7

8                UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| 12 ROBERT WHITE, an individual, and all others similarly situated, | Case No.: 3:15-cv-04539-JST |
|---|---|
| 13 | **NOTICE OF APPEAL** |
| 14 Plaintiffs, | |
| 15 v. | |
| 16 SQUARE, INC., a Delaware corporation, | |
| 17 Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

1   Notice is hereby given that Plaintiff Robert White appeals to the Ninth Circuit
2   Court of Appeal:
3       1.    The Order Granting Motion to Dismiss Second Amended Complaint
4           (Dkt 54), entered September 14, 2016;
5       2.    The Order Denying Request for Leave to File Motion for Reconsideration
6           (Dkt 58), entered September 21, 2016;
7       3.    The Judgment (Dkt 60), entered September 26, 2016;
8       4.    The Order Denying Motion for New Trial (Dkt 66), entered November 9,
9           2016, and
10      5.    The Order Denying Request for Leave to File Motion for Reconsideration
11          (Dkt 68), entered November 14, 2016,

Dated: November 21, 2016

McGRANE PC

By: /s/ *William McGrane*
    William McGrane
Attorneys for Plaintiff Robert White, an individual, and all others similarly situated

---

1
Notice of Appeal

*White et al. v. Square, Inc.*, Case No. 3:15-cv-04539-JST