UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT E. WHITE, an individual, and all others similarly situated,

        Plaintiff - Appellant,

  v.

SQUARE, INC., a Delaware corporation,

        Defendant - Appellee.

No. 16-17137

D.C. No. 3:15-cv-04539-JST
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered September 23, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7