1  WILLIAM McGRANE [057761]
2  McGRANE PC
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Telephone: (415) 292-4807
4  Email:  william.mcgrane@mcgranepc.com

5  MICHAEL J. HASSEN [124823]
6  REALLAW, APC
   1981 N. BROADWAY, SUITE 280
7  WALNUT CREEK, CA 94596
   Telephone:  (925) 359-7500
8  Email: mjhassen@reallaw.com

9  Attorneys for Plaintiff Robert White, an individual,
   and all others similarly situated

10

                UNITED STATES DISTRICT COURT
11
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                  SAN FRANCISCO DIVISION
13

14  ROBERT WHITE, an individual, and all          Case No.:  4:15-cv-04539-JST
    others similarly situated,
15                          Plaintiffs,           **NOTICE OF VOLUNTARY
                                                  DISMISSAL PURSUANT TO FRCP
16  v.                                            41(a)(1)(A)(i)**

17  SQUARE, INC., a Delaware corporation,
18                          Defendant.

19

20

21

22

23

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

2 Robert White and his counsel hereby give notice that the above-entitled

3 action is voluntarily dismissed, without prejudice, against Defendant Square,

4 Inc.

5 Dated: October 22, 2019               McGRANE PC
                                        REALLAW, APC
6
                                        By: /s/ *William McGrane*
7                                           William McGrane
                                        Attorneys for Plaintiff Robert White, an
8                                       individual, and all others similarly situated

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)
(i) White et al. v. Square, Inc., Case No.  4:15-cv-04539-JST

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the following documents with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on October 22, 2019.

- **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on October 22, 2019, at San Francisco, California.


Dated: October 22, 2019

/s/ *Winni Yan*
Winni Yan