UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>SQUARE, INC.,<br><br>    Defendant. | Case No. 15-cv-04539-JST<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO DETERMINE JURISDICTION AND REQUEST FOR JUDICIAL NOTICE**<br><br>Re: ECF Nos. 90, 91 |

Defendant Square, Inc.'s motion for fees and costs pursuant to Federal Rule of Civil Procedure 41(d) has been fully briefed since December 6, 2019.  ECF Nos. 83, 87, 89.  On December 24, 2019, Plaintiff Robert E. White filed a motion "for district court to determine its own jurisdiction."  ECF No. 90.  In that motion, White argues that the Court lacks jurisdiction to award fees under Rule 41(d).  These arguments could and should have been raised in White's opposition brief to Square's motion.  The Court therefore strikes the motion, and its accompanying request for judicial notice, ECF No. 91, as improper supplemental briefing.  *See* Civ. L.R. 7-3(d) (providing that, except for circumstances not present here, "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval").

Nonetheless, if the Court concludes that Rule 41(d) allows an award of fees and costs under these circumstances, the Court will need to decide whether it has jurisdiction to order such

/ / /

/ / /

/ / /

/ / /

/ / /

1  an award.  If the Court needs supplemental briefing on that question, it will issue an order
2  requiring it.  Unless and until such order issues, no further briefing shall be submitted.
3  **IT IS SO ORDERED.**
4  Dated:  December 27, 2019



JON S. TIGAR
United States District Judge