UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SQUARE, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-04539-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 83 |

Before the Court is Defendant Square, Inc.'s motion for costs and fees under Federal Rule of Civil Procedure 41(d). ECF No. 83. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 22, 2020



JON S. TIGAR
United States District Judge